IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

PATRICIA A. HATFIELD, )
)
Plaintiff, ) TC-MD 160253R
)
v. )
)
DESCHUTES COUNTY ASSESSOR )
and DEPARTMENT OF REVENUE, )
State of Oregon, )
)
Defendants. ) **FINAL DECISION**[1]

This matter came before the court on Defendant Department of Revenue's (Department) Answer, filed July 12, 2016, and on Department's Motion to Dismiss (Motion), filed August 10, 2016. Plaintiff filed her Complaint on June 27, 2016, requesting reinstatement of her Homestead Property Tax Deferral. In its Answer, Department agreed to reinstate Plaintiff's homestead for property tax deferral on the condition that Plaintiff complete a sworn affidavit. (Ans at 1.) On August 10, 2016, Department notified the court that "Plaintiff has now provided the signed notarized affidavit" and stated that "Plaintiff's homestead is eligible for deferral for the 2016 tax year, and [she] has already initiated the process to pay her 2015-16 property taxes to the county." (Mot at 1.) Defendant Deschutes County Assessor has not appeared in this matter. Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

---

[1] This Final Decision incorporates without change the court's Decision, entered August 24, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

IT IS THE DECISION OF THIS COURT that, as agreed to by the parties, Plaintiff qualifies for Homestead Property Tax Deferral for the 2016-17 tax year.

Dated this ____ day of September 2016.

RICHARD DAVIS
MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within <u>60</u> days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on September 13, 2016.*